# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>Arthur Alexander McQueen<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>1:21MJ201 |

**FILED**
in the Middle District of North Carolina
**June 7, 2021
6:06 pm**
Clerk, US District Court
By: _____dmk_____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 20, 2021__ in the county of __Forsyth__ in the
__Middle__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and Possession with intent to Distribute a Controlled Substances |
| 21 U.S.C. § 856(a) | Maintaining a Drug Involved Premises |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

/s/ Jose M. Dugger
*Complainant's signature*

Jose M. Dugger, Special Agent (HSI)
*Printed name and title*

Date: __06/07/2021__

*Judge's signature*

City and state: __Winston-Salem, North Carolina__   Joi Elizabeth Peake, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A:

## Affidavit in Support of Criminal Complaint and Arrest Warrant for Arthur Alexander McQueen

I, Jose M. Dugger, being duly sworn under oath, do hereby depose and state:

1. I am a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations (HSI), and I have been employed in this capacity since November 2008. I am a graduate of the Criminal Investigator Training Program and the U.S. Immigration and Customs Enforcement Special Agent Training Academy. As a result of my employment with HSI, my duties include, but are not limited to, the investigation and enforcement of Titles 8, 18, 19, 21 and 31 of the United States Code (U.S.C.). I am an "investigative or law enforcement officer of the United States" within the meaning defined in 18 U.S.C. § 2510(7), in that I am an agent of the United States authorized by law to conduct investigations of, and make arrests for, federal offenses.

2. I am currently assigned to the SAC Charlotte, NC Field Office and specifically to the Gangs and Violent Crimes Unit. As part of my duties as an HSI agent, I investigate criminal violations relating to narcotics trafficking, transportation, and distribution, such as violations of 21 U.S.C. §§ 841, 846, 856, money laundering in violation of 18 U.S.C. § 1956, firearms offenses, such as violations of 18 U.S.C. §§ 922(g) and 924(c), and other similar statutes.

Through formal and on the job training, I have experience dealing with federal and state investigations involving narcotics traffickers, drug trafficking organizations, and financial crimes investigations as set forth in the United States Codes. As a Federal Officer, I am authorized to investigate violations of federal law and to execute warrants issued under the authority of the United States.

3. I have investigated street-level distributors and large-scale organizations utilizing many investigative techniques. I have actively participated in multiple narcotics investigations, undercover drug purchases, searches and seizures, surveillance, intelligence analysis, drug reversals, conspiracy investigations, arrests, and interviews and interrogations. I have obtained and executed search warrants, conducted interviews of suspects, and utilized confidential informants to conduct numerous investigations. I am familiar with the habits and practices of persons engaged in violations of controlled substance laws and have over twelve (12) years of experience in firearms and narcotics-related investigations.

4. Based upon my training and experience, I am familiar with narcotic traffickers' methods of operation, including the distribution, storage, and transportation of narcotics as well as the collection and concealment of money proceeds of narcotics trafficking. I have conducted multiple investigations regarding the unlawful importation, possession, and

distribution of controlled substances and conspiracies associated with criminal narcotics, in violation of 21 U.S.C. §§ 841(a)(1) and 846, as well as other controlled substance offenses.

5. As a result of my personal participation in the investigation of matters referred to in this Affidavit and based upon reports made to me by other law enforcement officials, I am familiar with the facts and circumstances of this investigation. The information contained in this affidavit is provided for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for the above-captioned Defendant; therefore, I have not included each and every fact known to me concerning this investigation.

## SYNOPSIS OF INVESTIGATION

6. On May 20, 2021, HSI Charlotte along with Albemarle Police Department (APD), Forsyth County Drug Task Force Stanly, and Davie County Sheriff's office conducted a controlled purchase of Fentanyl from Arthur McQueen (B/M DOB 09/20/1985), aka "Tubb." By direction of law enforcement, Albemarle Police Department (APD) Confidential Informant #160 (hereinafter CI#160) contacted McQueen at (743) 218-0739 and (208) 340-0192 and ordered 500 grams of Fentanyl for $25,000 (approximately $1,300/ounce). The purchase was set to occur at a known address in Winston-Salem.

7. Prior communications with McQueen and CI#160 have consisted of using FaceTime which is commonly an Apple product used on devices such as an iPhone, Mac Book, or iPad. McQueen has utilized several different phone numbers during the course of this investigation. McQueen contacted CI#160 on May 30, 2021 from phone number (843) 466-9138. McQueen asked CI#160 if he was ready to purchase more Fentanyl. Additionally, McQueen told CI#160 to give him notice as he was mixing (cutting) the Fentanyl he had at the moment. Over the course of this investigation, McQueen has given CI#160 several different phone numbers to contact him. Based on my experience, using multiple phones, multiple phone numbers, or even changing their phone number is a common practice by drug traffickers to elude law enforcement. Furthermore, based on my experience, firearms are tools of the trade for drug traffickers. They use firearms to protect their drugs, drug proceeds, and as intimidation to prevent from being robbed of their drugs and drug proceeds.

8. Fentanyl is a powerful synthetic opioid analgesic that is similar to morphine but is 50 to 100 times more potent. Fentanyl is a Schedule II controlled substance. 21 U.S.C. § 812.

9. A text message from Arthur McQueen (cell number (743) 218-0739) was sent to CI#160 on May 19, 2021 with a pin location of Arthur McQueen's residence at 6811 Olivia Court, Whitsett, NC. We confirmed this with a ping order signed by Forsyth County Superior Court Judge Richard

Gottlieb for cell number (203) 340-0192 activated on May 19, 2021.

10. Prior to CI#160's communication being made to McQueen, a surveillance team set up near McQueen's residence located at 6811 Olivia Court, Whitsett, NC at approximately 2:30 p.m. The surveillance team observed a white Ford Mustang bearing license plate NC tag HKY-952 parked in the driveway.

11. At approximately 1:40 p.m., McQueen contacted CI#160 via text (from cell number 743-218-0739) asking where to meet. CI#160 responded via text with a location in Winston Salem at approximately 3:24 p.m. From McQueen's residence to the location in Winston-Salem is approximately 42 miles and travel time is between 40-45 minutes.

12. At approximately 4:02 p.m., the surveillance team observed McQueen leave his residence at 6811 Olivia Court driving a red Dodge Charger bearing license plate RBK8552. The white Mustang pulled out of the driveway and followed. The red Charger McQueen was driving, and the white Mustang got onto Interstate 40 heading towards Winston-Salem, NC. The white Mustang exited off Interstate highway 40 as the surveillance team followed McQueen in the red Dodge Charger. Surveillance was maintained via electronically and visually to the meet location which took approximately 45 minutes. McQueen went straight from his residence to meet CI#160 at the designated location.

13. At approximately 4:48 p.m., HSI Special Agent Dugger and Forsyth County Drug Task Force Detective Bruner observed McQueen turn onto Yale Street. At approximatively 4:49 p.m., McQueen arrived at the meet location and conducted the transaction. Below are observations made after viewing the recording from the HSI audio/video recording device and the debriefing of CI#160.

14. McQueen pulled into the meet location residence and exited the red Charger holding a shoe box with a black top that has Jordan written on the top. As McQueen left his vehicle, the car remained running. McQueen was wearing jeans with zipper pockets on the front thigh, a black Rhude (Beauty Tee) T-shirt, and a black baseball hat with NY embroidered on side. CI#160 opened the right rear door of the vehicle CI#160 was driving; McQueen then placed the box in CI#160's back seat. McQueen took out the Fentanyl and placed it on CI#160's back seat. CI#160 then transferred the money from a backpack into the empty shoe box McQueen provided. CI#160 grabbed the Fentanyl and placed it in the backpack. McQueen put the lid back on the shoe box where the money was placed and got back into his vehicle. The meeting took approximately 2 minutes.

15. McQueen also has several tattoos and the most visible one is the word "TUBB" on his forearm that was captured on video during the transaction. McQueen left the meet location at approximately 4:53 p.m. and

surveillance was no longer conducted. Cell phone pings show McQueen went back to 6811 Olivia Court, the Subject Premises.

16. CI#160 waited a few minutes before leaving the meet location and traveled to the undisclosed location and turned the narcotics over to HSI SA Dugger. CI#160 arrived back at the staging location at approximately 5:04 p.m. where a debrief was conducted. CI#160 stated "TUBB" got out of his red charger with a Jordan shoe box that was in "TUBB's" backseat. "TUBB" then set the Fentanyl in the back seat of CI#160's vehicle. CI#160 stated the money was placed in the empty shoe box. CI#160 described "TUBB" wearing a black shirt and black hat.

17. The weight of the Fentanyl was approximately 535 grams. The Fentanyl was signed over to Detective Aldridge of APD to hold for the North Carolina State Bureau of Investigation (SBI) to conduct a field test. SBI investigators confirmed the narcotics inside the bag was Fentanyl utilizing a mass spectrometer device.

18. Additionally, based on my training and experience, I believe McQueen utilizes his residence, 6811 Olivia Court, Whitsett, NC 27377 to facilitate his distribution of drugs by storing his proceeds, drugs, and paraphernalia and to sell drugs from. Earlier, on May 17, 2021, McQueen called CI#160 via FaceTime. McQueen told CI#160 he was at his residence and showed CI#160 a bag of Fentanyl. CI#160 stated the Fentanyl seen on

FaceTime was similar to the Fentanyl McQueen later sold CI#160 on May 20, 2021.

19. Furthermore, based on my training and experience, I believe McQueen may utilize the red Dodge Charger bearing NC Tag RBK-8552 to store receipts, bank transactions, drugs, and proceeds from drug sales, since he has used this vehicle to transport drugs and to facilitate his distribution of Fentanyl.

20. On May 30, 2021, McQueen contacted CI#160 via FaceTime about making another purchase of Fentanyl. During the call, CI#160 saw McQueen mixing up Fentanyl at McQueen's residence. McQueen also told CI#160 to give him a few days' notice to get more Fentanyl because all of his Fentanyl is already mixed with a cutting agent. A second "buy-bust" operation is scheduled for June 8, 2021 which will be set up by CI#160.

## CONCLUSION

I submit there is probable cause for a criminal complaint against, and an arrest warrant for Arthur Alexander McQueen for distribution of a controlled substance and possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1), and maintaining a drug involved premises, in violation of 21 U.S.C. § 856(a); therefore, I request that the Court issue the same.

/S/ **Jose M. Dugger**
Jose M. Dugger
Special Agent
Homeland Security Investigations

Dated: June 7, 2021

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit.

Joi Elizabeth Peake
United States Magistrate Judge
Middle District of North Carolina